UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZALEZ 9004 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMMY FRANCISCO, et al.,<br><br>    Defendants. | Case No. 19-cv-07825-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 7 |

I have reviewed Magistrate Judge Nathanael M. Cousins' Report and Recommendation to remand this unlawful detainer action to Monterey County Superior Court based on lack of federal jurisdiction. Dkt. No. 7. On December 8, 2019, Magistrate Judge Cousins issued an order to show cause as to (1) why the court has jurisdiction over the case where no federal question was presented in the complaint and (2) why removal was proper where the defendants listed in the state court complaint had not consented to removal. Dkt. No. 5. A response was ordered by January 10, 2020 but none was filed.

Objections to the recommendation to remand were due no later than 14 days after its service on February 3, 2020. No objections have been filed as of the date of this Order. I find Magistrate Judge Cousins' Report correct, well-reasoned, and thorough; I adopt it in every respect. Accordingly, the case is REMANDED to Monterey County Superior Court.

**IT IS SO ORDERED.**

Dated: February 25, 2020

_____
WILLIAM H. ORRICK
United States District Judge